**JS6**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MATHEW MANZANO, | NO. EDCV 23-2302-RGK (AGR) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus in this matter is denied and this action is dismissed with prejudice.

DATED: **April 1, 2026**

R. GARY KLAUSNER
United States District Judge